**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DAMON HUNTER ROBINS,**

      **Plaintiff.**

                                  **Civil Action 2:26-cv-876**
                                  **Judge Michael H. Watson**
                                  **Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the Motion of Damon Hunter Robins for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b) and Request for Disclosure of Cause Numbers (ECF No. 1). Therein, Mr. Robins asserts that he has "recently become aware that one or more actions may have been filed against Movant in this District, and that judgments or orders may have been entered against Movant without Movant ever having been served with a summons and complaint in accordance with Federal Rule of Civil Procedure 4." (*Id.*) Mr. Robins requests that this Court vacate any judgments, orders, or dispositions entered against him and direct the Clerk of Court to identify any case numbers in this district in which Mr. Robins has been named as a party. (*Id.*)

The Court has reviewed its case dockets and can find no record of any action involving Mr. Robins as a party in this District. Accordingly, Mr. Robins' Motion (ECF No. 1) is **DENIED AS MOOT**. The Clerk is **DIRECTED** to close this case.

      **IT IS SO ORDERED.**

                                    /s/ *Chelsey M. Vascura*
                                    CHELSEY M. VASCURA
                                    UNITED STATES MAGISTRATE JUDGE